UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA MARTIN,<br><br>        Plaintiff,<br><br>   v.<br><br>SECURITY MORTGAGE FUNDING CORPORATION, etc., et al.,<br><br>        Defendants. | Case No. EDCV 09-572-VAP (FMOx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant MTC Financial, Inc, dba Trustee Corps.

    The Court orders that such judgment be entered.

Dated: April 29, 2009

                                  VIRGINIA A. PHILLIPS
                                United States District Judge