UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA MARTIN,<br><br>        Plaintiff,<br><br>  v.<br><br>SECURITY MORTGAGE FUNDING CORPORATION, etc., et al.,<br><br>        Defendants. | Case No. EDCV 09-572-VAP (FMOx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant Federal Deposit Insurance Corporation.

    The Court orders that such judgment be entered.

Dated: May 21, 2009

                                       VIRGINIA A. PHILLIPS
                                       United States District Judge