JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA MARTIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SECURITY MORTGAGE ) <br> FUNDING ) <br> CORPORATION,etc., et ) <br> al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. EDCV 09-572-VAP (FMOx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant Security Mortgage Funding Corporation.

    The Court orders that such judgment be entered.

Dated: June 3, 2009

                                          VIRGINIA A. PHILLIPS
                                      United States District Judge